■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD DAVEY, Appellant.—Judgment unanimously affirmed. Memorandum: By pleading guilty before the court conducted a hearing on his suppression motion, defendant forfeited his right to appellate review of his contention that voice identifi-

cation evidence should have been suppressed *(see, People v Fernandez,* 67 NY2d 686; *People v Simmons,* 121 AD2d 483). Because defendant did not request youthful offender treatment at the time of sentencing, he cannot raise that issue on appeal *(see, People v McGowen,* 42 NY2d 905, *rearg denied* 42 NY2d 1015; *People v Di Marcantonio,* 117 AD2d 612, *lv denied* 67 NY2d 882). We cannot conclude that imposition of the bargained-for sentence was harsh and excessive in the circumstances of this case. (Appeal from judgment of Supreme Court, Erie County, Francis, J.—rape, first degree.) Present—Callahan, J. P., Denman, Pine, Balio and Davis, JJ.